IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>J.C. DEMO & ASSOCIATES, INC., and JEFFREY CHARLES DEMO,<br><br>Defendants. | ))))))))) | Civil Action No. 3:07-CV-55<br><br><br>DEFAULT JUDGMENT<br>AS TO DEFENDANT<br>J.C. DEMO & ASSOCIATES, INC. |

WHEREAS, the record in this cause reveals that a Verified Complaint was filed and Civil Summons was issued in this action on February 2, 2007, and that the Civil Summons together with a copy of said Verified Complaint, Consent to Proceed, and Corporate Disclosure Statement were served on the Defendants by designated delivery service pursuant to Rule 4 of the Federal Rules of Civil Procedure; that the time for pleading or otherwise defending has expired; and that the default of the Defendant J.C. Demo & Associates, Inc. has been duly entered according to law, upon the request of Plaintiff;

NOW, THEREFORE, the Court concludes that judgment by default should be hereby entered against Defendant J.C. Demo & Associates, Inc. in accordance with the prayer of said Complaint for the sum certain claimed by Plaintiff in documents in the record of this cause; and,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. On its First Claim for Relief, Plaintiff have and recover judgment against Defendant J.C. Demo & Associates, Inc. in the amount of $393,440.78, plus late charges and

CHAR2\981394v1

accrued interest at the contract rate from October 12, 2006 until date of judgment, and thereafter, at the legal rate of 8% per annum until paid;

2. On its Second Claim for Relief, Plaintiff have and recover judgment against Defendant J.C. Demo & Associates, Inc. in the amount of $212,144.39, plus late charges and accrued interest at the contract rate from October 12, 2006 until date of judgment, and thereafter, at the legal rate of 8% per annum until paid;

3. Plaintiff shall have and recover its reasonable attorneys' fees against Defendant J.C. Demo & Associates, Inc. in the amount of 15% of the outstanding balances owed pursuant to the 1/31/03 Note and the 6/22/04 Note; and

4. Plaintiff shall have and recover the costs of this action.

Signed: April 10, 2007

Graham C. Mullen
United States District Judge

CHAR2\981394v1